[Crim. No. 302.    Third Appellate District.—February 23, 1915.]

In the Matter of the Application of JAMES WHITE for a Writ of Habeas Corpus.

CRIMINAL LAW—GRAND LARCENY—SUFFICIENCY OF EVIDENCE—HABEAS CORPUS.—On this proceeding for a writ of *habeas corpus* it is held that the evidence was sufficient to justify the magistrate committing the petitioner for the crime of grand larceny.

APPLICATION for a Writ of Habeas Corpus originally made to the District Court of Appeal for the Third Appellate District.

The facts are stated in the opinion of the court.

A. H. Carpenter, for Petitioner.

THE COURT.—Petitioner is imprisoned by the sheriff of San Joaquin County by virtue of an information, filed in the superior court of said county, charging him with the commission of the crime of grand larceny. Petitioner claims that he was committed by the magistrate without probable cause and has sent with his petition a certified copy of the evidence taken before the committing magistrate.

We have given the evidence careful examination and are satisfied that it is sufficient to justify the magistrate in issuing the commitment.

The writ is denied.